# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 14 B 38695 |
| FRANK LAPI AND ) | |
| ROANN DARLA LAPI, ) | |
| ) | |
| Debtors. ) | Chapter 13 |
| ) | |
| ) | |
| ) | Honorable Judge Donald R. Cassling |

## NOTICE OF MOTION

TO:   Glenn B. Stearns, Chapter 13 Trustee (via ECF)
   BMO Harris Bank, N.A., ATTN: William Downe, CEO, 770 N. Water Street, Milwaukee, Wisconsin 53202
   BMO Harris Bank, N.A., c/o Codilis and Associates, P.C. (via ECF)

PLEASE TAKE NOTICE that on December 19, 2014 at 9:30 a.m., the undersigned will appear before the Honorable Donal R. Calling at the Kane County Courthouse, 100 S. Third Street, Room 240, Geneva, Illinois and will then and there present the attached **Debtor's Motion Pursuant to 11 U.S.C §506(a) and Bankruptcy Rule 3012 to Determine the Value of 2328 Woodside Drive, Carpentersville, Illinois and to Bifurcate BMO Harris Bank, N.A.'s Second Lien**, at which time you may appear if you so choose.

## Certificate of Service

I, Nathan C. Volheim, hereby certify that I caused to be served, electronically via ECF to the Chapter 13 Trustee and BMO Harris Bank, N.A. c/o Codilis & Associates, P.C. and via regular mail to BMO Harris Bank, N.A. ATTN: William Downe, CEO, 770 N. Water Street, Milwaukee, Wisconsin 5320 and attached a copy of the forgoing NOTICE and MOTION upon the parties named above on November 21, 2014 from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

   BY:   /S/ NATHAN C. VOLHEIM
      SULAIMAN LAW GROUP, LTD
      COUNSEL FOR DEBTOR(S)
      900 JORIE BOULEVARD, SUITE 150
      OAK BROOK, IL 60523
      PHONE: (630) 575-8181
      FAX:   (630) 575-8188
      ATTORNEY NO: 6302103

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

In Re:)

)   NO. 14 B 38695

FRANK LAPI AND )
ROANN DARLA LAPI, )

)   Chapter 13

Debtors.)

)
)
)   Honorable Judge Donald R. Cassling

**DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 2328 WOODSIDE DRIVE, CARPENTERSVILLE, ILLINOIS 60110 AND TO BIFURCATE BMO HARRIS BANK, N.A.'s SECOND LIEN**

___

**NOW COMES**, FRANK LAPI AND ROANN DARLA LAPI ("Debtors"), by and through their attorneys, Sulaiman Law Group, LTD., and pursuant to 11 U.S.C §506(a) and Federal Bankruptcy Rule 3012, moving this Honorable Court to determine the fair market value of the real estate commonly known as 2328 Woodside Drive, Carpentersville, Illinois 60110 ("subject property") and to bifurcate BMO Harris Bank, N.A. ("BMO") Second Lien, and in support thereof stating as follows:

1. The Debtors alleges that this is a core proceeding as that term is defined by Section 157(b)(2) of Title 28 of the United States Code in that it concerns claims and matters arising out of the administration of this bankruptcy case and rights duly established under Title 11 of the United States Code and other applicable federal law.

2. The Debtors further alleges that this Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code, Section 157(b)(2) of Title 228 of the United States Code.

3. The underlying Chapter 13 bankruptcy case was commenced by the filing of a voluntary petition with the Clerk of this Court on October 24, 2014.

4. Upon information and belief, BMO is an entity engaged in the business of lending in the State of Illinois.

5. The Debtors are the sole owner of the subject property.

6. The Property Identification Number of the subject real estate is 03-07-451-014.

7. At the time of the filing of the instant Chapter 13 proceeding, the fair market of the subject property was $168,000.00. *See* attached Exhibit A is a true and accurate copy of the appraisal conducted by a certified residential real estate appraiser.

8. BMO has an interest in the Subject real estate as a result of a first mortgage recorded in the Kane County Recorder of Deeds Office in the amount of $144,684.85. *See* attached Exhibit B is a true and accurate copy of Claim Number 1 filed by BMO in this case.

9. Upon information and belief, BMO also has an interest in the subject real estate as a result of a second lien recorded in the Kane County Recorder of Deeds in the amount of $93,092.00. *See* attached Exhibit C is a true and accurate copy of the Debtor's Schedule D filed with this honorable court.

10. BMO's second lien matures on January 15, 2018, which falls during the duration of the Debtor's current Chapter 13 plan. *See* attached Exhibit D is a true and accurate copy of the Promissory Note for BMO's second lien.

11. Pursuant to 11 U.S.C. §§ 506(a) & (d), a creditor would only have a secured claim to the extent of the value of the bankruptcy estate's interest in the property securing the claim. As a result, a creditor's lien is void to the extent it is not an allowed secured claim.

12. "The valuation of an under-secured mortgage claim is commonly referred to as a 'strip down' or 'cram down'. Where the valuation of property indicates that a claim is partially secured, the secured portion of the claim is paid through the debtor's plan as an allowed secured claim, and the unsecured portion is 'stripped down' to an allowed unsecured claim. The unsecured claim generally is paid on a pro rata basis along with all other general unsecured claims." *In re Pierre*, 468 B.R. 419, 422 (Bankr.M.D.Fla 2012).

13. Pursuant to 11 U.S.C. §506(a) and Federal Rule of Bankruptcy Procedure 3012, based on the fair market value of the real estate being $168,000.00, the second lien claim of BMO should be bifurcated to a secured claim of $23,315.15 and an unsecured claim for the remaining balance.

14. However, any unsecured balance remaining above and beyond the secured claim of $23,315.15 was previously discharged in Debtor's previous Chapter 7 and should not be paid as Debtor's personal liability on the underlying loan was extinguished in the previous Chapter 7 discharge.

15. BMO's sole second lien claim should be a secured claim of $23,315.15 to be paid in full as an allowed secured claim in the Debtor's Chapter 13 plan.

**WHEREFORE**, the Debtors, Frank Lapi and Roann Darla Lapi, prays this Honorable Court enter an Order as follows:

1. Determining that the Fair Market Value of the Real Estate commonly known as 2328 Woodside Drive, Carpentersville, Illinois 60110 is $168,000.00;

2. Determining that BMO Harris Bank, N.A.'s second lien has a secured claim of $23,315.15;

3. Determining that BMO Harris Bank, N.A. does not have an unsecured claim for any balance in excess of $23,315.15 by virtue of Debtor's previous Chapter 7 discharge; and

4. For any other and further relief as the Court may seem just and proper.

Dated: November 21, 2014                     Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
Counsel for Debtor
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630) 575-8181
Fax (630) 575-8188