# APPRAISAL OF REAL PROPERTY



## LOCATED AT
2328 Woodside Dr
Carpentersville, IL 60110
GLENEAGLE FARM ; LOT 2 BLK 7  UNIT 2

## FOR
Urban Lending Solutions

## OPINION OF VALUE
236,000

## AS OF
12/12/2014

## BY
Elyce M Meador
Meador & Associates, LLC
4407 Fox Creek Drive
Crystal Lake, IL 60012
(815) 455-4701
elycem@meadorassociates.com

Krohe & Associates

Appraisal Report

6100287024
File # 14-426-Lapi

# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 2328 Woodside Dr | City Carpentersville   State IL   Zip Code 60110 |
| Borrower Frank Lapi | Owner of Public Record Roann D & Frank A. Lapi   County Kane |

Legal Description   GLENEAGLE FARM ; LOT 2 BLK 7 UNIT 2

| | | |
|---|---|---|
| Assessor's Parcel # 03-07-451-014 | Tax Year 2013 | R.E. Taxes $ 7,275 |
| Neighborhood Name Gleneagle Farm | Map Reference 20994 | Census Tract 8501.03 |

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☒ PUD   HOA $ 65   ☒ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Default/Collections
Lender/Client BMO Harris Bank N. A.   Address 180 N Executive Dr, Brookfield, WI 53005
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s).   MRED

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit | 40 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | Low 100 | 1 | 2-4 Unit | % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | High 375 | 18 | Multi-Family | % |

Neighborhood Boundaries   The neighborhood is defined as Huntley Road to the North, Galligan Road to
the West, Binnie Road to the South and Randall Road to the East

Pred. 225 / 16   Commercial 5 % / Other 55 %

Neighborhood Description   Schools are within 10 to 20 minutes in Hampshire to the West. Shopping and employment are within five to ten minutes along Randall Road. Recreation is available at local parks and preserves. Neighborhood appeal is average and should continue into the future.

Market Conditions (including support for the above conclusions)   Mortgage rates are between 4% and 5% for fixed 30 years with no points and below 4 .5% for variable rates.  Rates are according to length and conditions.

## SITE

Dimensions 33+37 x 139 x 24+51 x 114   Area 7841 sf   Shape Irregular   View B;Woods;
Specific Zoning Classification R-3   Zoning Description Residential
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 17089C0065H   FEMA Map Date 08/03/2009
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls | Poured Con/Average | Floors | Hwd, Cpt/Average |
| # of Stories 2 | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls | Brick&Vinyl/Average | Walls | Drywall/Average |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 1,084 sq.ft. | | Roof Surface | Asphalt/Average | Trim/Finish | Stained/Average |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 100 % | | Gutters & Downspouts | Aluminium/Average | Bath Floor | Ceramic/Good |
| Design (Style) Colonial | | ☒ Outside Entry/Exit ☐ Sump Pump | | Window Type | Double Hung/Fair | Bath Wainscot | CT,Fbrgls/Good |
| Year Built 1997 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | Insulated/Fair | Car Storage ☐ None | |
| Effective Age (Yrs) 17 | | ☐ Dampness ☐ Settlement | | Screens | Yes/Average | ☒ Driveway # of Cars 3 | |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | Woodstove(s) # 0 | Driveway Surface Asphalt | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | | ☒ Fireplace(s) # 1 | ☐ Fence None | ☒ Garage # of Cars 3 | |
| ☐ Floor ☒ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Both | ☐ Porch None | ☐ Carport # of Cars 0 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool None | ☐ Other None | ☒ Att. ☐ Det. ☐ Built-in | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains:   8 Rooms   4 Bedrooms   2.1 Bath(s)   2,153 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).   The subject has hardwood floors throughout the first floor.  The basement is finished and has a full bath and small kitchenette.  It is walkout in style.  To the rear of the house is a wood deck and concrete patio.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C4;No updates in the prior 15 years;See attached addenda.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe
There were no adverse conditions or deficiencies in the viewable portions of the house. The appraiser in not a qualified home inspector or engineer.
The utilities were not on and working at the time of inspection  This report is subject to a home inspection supporting no livability, soundness or structural integrity issues.
Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case No. 14-426-Lapi Page #3

6100287024

File # 14-426-Lapi

# Uniform Residential Appraisal Report

| | | | |
|---|---|---|---|
| There are | 2 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 200,000 | to $ 300,000 . |
| There are | 24 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 200,000 | to $ 300,000 . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 2328 Woodside Dr Carpentersville, IL 60110 | 2409 Woodside Dr Carpentersville, IL 60110 | 2438 Woodside Dr Carpentersville, IL 60110 | 2428 Meadowsedge Ln Carpentersville, IL 60110 |
| Proximity to Subject | | 0.38 miles NW | 0.34 miles W | 0.08 miles S |
| Sale Price | $ | $ 235,000 | $ 256,000 | $ 223,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 117.15 sq.ft. | $ 103.64 sq.ft. | $ 123.07 sq.ft. |
| Data Source(s) | | MRED #08613717;DOM 16 | MRED #08694240;DOM 27 | MRED #08680726;DOM 23 |
| Verification Source(s) | | Assessor/Realtor | Assessor/Realtor | Assessor/Realtor |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing Concessions | | ArmLth FHA;5000 | -5,000 | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s07/14;c05/14 | | s10/14;c09/14 | | s09/14;c08/14 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7841 sf | 11326 sf | -2,500 | 10890 sf | -2,500 | 9148 sf | 0 |
| View | B;Woods; | N;Res; | +1,500 | N;Res; | +1,500 | N;Res; | +1,500 |
| Design (Style) | DT2;Colonial | DT2;Colonial | | DT2;Colonial | | DT2;Colonial | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 17 | 8 | 0 | 7 | 0 | 18 | 0 |
| Condition | C4 | C3 | -15,000 | C3 | -15,000 | C3 | -10,000 |
| Room Count | 8 4 2.1 | 7 3 2.1 | 0 | 9 4 2.1 | 0 | 9 3 2.1 | 0 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Gross Living Area | 2,153 sq.ft. | 2,006 sq.ft. | +3,675 | 2,470 sq.ft. | -7,925 | 1,812 sq.ft. | +8,525 |
| Basement & Finished | 1084sf1084sfwo | 1124sf0sfwu | 0 | 1248sf0sfin | -1,150 | 750sf750sfin | +2,340 |
| Rooms Below Grade | 1rr1br1.0ba1o | | +13,170 | | +13,170 | 1rr0br0.0ba0o | +7,170 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | F/A-A/C | F/A-A/C | | F/A-A/C | | F/A-A/C | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3ga3dw | 2ga2dw | +3,000 | 2ga2dw | +3,000 | 2ga2dw | +3,000 |
| Porch/Patio/Deck | Deck,Patio | Deck,Patio | +500 | Deck,FenYd | -1,000 | Deck | +500 |
| Fireplace | 1 Fireplace | 1 Fireplace | | No Fireplace | +2,500 | No Fireplace | +2,500 |
| | Hardwood | PtHwd | +1,000 | CT | 0 | Hardwood | 0 |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 345 | ☐ + ☒ - $ | -7,405 | ☒ + ☐ - $ | 15,535 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.1% Gross Adj. 19.3% $ | 235,345 | Net Adj. 2.9% Gross Adj. 18.7% $ | 248,595 | Net Adj. 7.0% Gross Adj. 15.9% $ | 238,535 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   MRED/Township Assessor -
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   MRED/Township Assessor
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | 03/01/2014 | | |
| Price of Prior Sale/Transfer | | $155,200 | | |
| Data Source(s) | MRED/Assessor | MRED/Assessor | MRED/Assessor | MRED/Assessor |
| Effective Date of Data Source(s) | 12/12/2014 | 12/12/2014 | 12/12/2014 | 12/12/2014 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject has not sold in the past 36 months. Sale #1 sold as a
foreclosure property in March, 2014.

Summary of Sales Comparison Approach   See attached addenda.

Indicated Value by Sales Comparison Approach $   236,000

Indicated Value by: Sales Comparison Approach $   236,000   Cost Approach (if developed) $   Income Approach (if developed) $
See attached addenda.

This appraisal is made ☐ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☒ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Subject to a home inspection showing no structural integrity, soundness or livability issues.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$   236,000   , as of   12/12/2014   , which is the date of inspection and the effective date of this appraisal.

# Uniform Residential Appraisal Report

**ADDITIONAL COMMENTS**

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    The site value is taken from recent sales for
similar size parcels from the MLS listing sheets and sales sheets. Data is in the working file.

### COST APPROACH

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE .................................................. =$ | 20,000 |
|---|---|---|
| Source of cost data | DWELLING                Sq.Ft. @ $                      =$ | |
| Quality rating from cost service    Effective date of cost data | Sq.Ft. @ $                      =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Sq.Ft. @ $                      =$ | |
| The cost approach is not developed as the appraiser does not deem it | Garage/Carport        Sq.Ft. @ $                      =$ | |
| credible for this report based on age or condition. Effective age is based | Total Estimate of Cost-New                      =$ | |
| on 65 years. | Less        Physical    Functional    External | |
| | Depreciation                      =$(          ) | |
| The opinion of site value has been provided. | Depreciated Cost of Improvements ................ =$ | |
| | "As-is" Value of Site Improvements ................ =$ | |
| Estimated Remaining Economic Life (HUD and VA only)    48 Years | INDICATED VALUE BY COST APPROACH ........................ = $ | |

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

### INCOME

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)    The income approach was considered, but not developed due to very limited
market rental data.

**PROJECT INFORMATION FOR PUDs (if applicable)**

### PUD INFORMATION

Is the developer/builder in control of the Homeowners' Association (HOA)?    ☐ Yes ☒ No    Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?    ☐ Yes    ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?    ☐ Yes    ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?    ☐ Yes    ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?    ☐ Yes    ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main Document   14-426-Lapi.pdf   Page 5
6100287024
File # 14-426-Lapi

## Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**   The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.  The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.  The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 14-38695    Doc 36    Filed Pg 5
6100287024
File # 14-426-Lapi

## Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 14-38695   Doc 36   Filed 03/02/15   Entered 03/02/15 11:44:18   Desc Main Document   Page 7 of 27

6100287024
File # 14-426-Lapi

# Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature _[signature]_
Name   Elyce M Meador
Company Name   Meador & Associates, LLC
Company Address   4407 Fox Creek Drive
Crystal Lake, IL 60012
Telephone Number   (815) 455-4701
Email Address   elycem@meadorassociates.com
Date of Signature and Report   12/15/2014
Effective Date of Appraisal   12/12/2014
State Certification #   556.003080
or State License #
or Other (describe) _____   State # _____
State   IL
Expiration Date of Certification or License   09/30/2015

ADDRESS OF PROPERTY APPRAISED
2328 Woodside Dr
Carpentersville, IL 60110
APPRAISED VALUE OF SUBJECT PROPERTY $   236,000
LENDER/CLIENT
Name   Urban Lending Solutions
Company Name   BMO Harris Bank N. A.
Company Address   180 N Executive Dr, Brookfield, WI 53005

Email Address _____

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____
Name _____
Company Name _____
Company Address _____
_____
Telephone Number _____
Email Address _____
Date of Signature _____
State Certification # _____
or State License # _____
State _____
Expiration Date of Certification or License _____

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection _____
☐ Did inspect interior and exterior of subject property
Date of Inspection _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection _____

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case: 14-38695   Doc #: 36   Filed: 03/02/15   Page 8 of 27

6100287024
File # 14-426-Lapi

# Uniform Residential Appraisal Report

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 2328 Woodside Dr | 3112 Erika Ln | | 2805 Forestview Dr | | 1914 Prairie Path Ln | |
| | Carpentersville, IL 60110 | Carpentersville, IL 60110 | | Carpentersville, IL 60110 | | Carpentersville, IL 60110 | |
| Proximity to Subject | | 0.46 miles N | | 0.27 miles W | | 0.25 miles SW | |
| Sale Price | $ | | $ 238,000 | | $ 235,000 | | $ 210,000 |
| Sale Price/Gross Liv. Area | $  sq.ft. | $ 120.69 sq.ft. | | $ 131.95 sq.ft. | | $ 94.72 sq.ft. | |
| Data Source(s) | | MRED #08655014;DOM 11 | | MRED #08768203;DOM 38 | | MRED #08794452;DOM 11 | |
| Verification Source(s) | | Assessor | | Assessor | | Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | Listing | | Listing | |
| Concessions | | Conv;0 | | | | | |
| Date of Sale/Time | | s08/14;c07/14 | | Active | -7,050 | Active | -6,300 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7841 sf | 9583 sf | 0 | 8400 sf | 0 | 7405 sf | 0 |
| View | B;Woods; | B;Woods; | | N;Res; | +1,500 | B;Woods; | |
| Design (Style) | DT2;Colonial | DT2;Colonial | | DT2;Colonial | | DT2;Colonial | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 17 | 8 | 0 | 17 | | 18 | 0 |
| Condition | C4 | C3 | -20,000 | C3 | -10,000 | C3 | -10,000 |
| Room Count | Total 8 Bdrms. 4 Baths 2.1 | Total 7 Bdrms. 3 Baths 2.1 | 0 | Total 9 Bdrms. 4 Baths 2.1 | 0 | Total 9 Bdrms. 4 Baths 2.1 | 0 |
| Gross Living Area | 2,153 sq.ft. | 1,972 sq.ft. | +4,525 | 1,781 sq.ft. | +9,300 | 2,217 sq.ft. | -1,600 |
| Basement & Finished | 1084sf1084sfwo | 1107sf0sfin | 0 | 895sf895sfin | +1,325 | 1168sf1168sfwo | 0 |
| Rooms Below Grade | 1rr1br1.0ba1o | 1rr1br1.0ba1o | +13,170 | 1rr0br0.0ba1o | +6,010 | 1rr1br1.0ba1o | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | F/A-A/C | F/A-A/C | | F/A-A/C | | F/A-A/C | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3ga3dw | 2ga2dw | +3,000 | 2ga2dw | +3,000 | 3ga3dw | |
| Porch/Patio/Deck | Deck,Patio | Patio | +500 | Deck,FenYard | -1,000 | Deck | +500 |
| Fireplace | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | No Fireplace | +2,500 |
| | Hardwood | None | +1,500 | WdLam | | 0 PtHwd | +1,000 |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 2,695 | ☒ + ☐ - | $ 3,085 | ☐ + ☒ - | $ -13,900 |
| Adjusted Sale Price | | Net Adj. 1.1 % | | Net Adj. 1.3 % | | Net Adj. 6.6 % | |
| of Comparables | | Gross Adj. 17.9 % | $ 240,695 | Gross Adj. 16.7 % | $ 238,085 | Gross Adj. 10.4 % | $ 196,100 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MRED/Assessor | MRED/Realist | MRED/Realist | MRED/Realist |
| Effective Date of Data Source(s) | 12/12/2014 | 06/26/2013 | 06/26/2013 | 06/26/2013 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Adv. Proc. No. 14-4561-Lapi Page #9
6100287024
File No.   14-426-Lapi

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Condition Ratings and Definitions**

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

**Quality Ratings and Definitions**

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

## Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Form UADDEFINE1A — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Market Conditions Addendum to the Appraisal Report

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 2328 Woodside Dr | City | Carpentersville | State | IL | ZIP Code | 60110 |
|---|---|---|---|---|---|---|---|

Borrower    Frank Lapi

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 13 | 5 | 6 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 2.17 | 1.67 | 2.00 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 10 | 7 | 2 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 4.6 | 4.2 | 1.0 | ☒ Declining | ☐ Stable | ☐ Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | 238,050 | 235,000 | 260,500 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 36 | 15 | 11 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 257,900 | 239,450 | 267,450 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 36 | 20 | 18.5 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 96.71 | 98.33 | 97.78 | ☐ Increasing | ☒ Stable | ☐ Declining |

Seller-(developer, builder, etc.)paid financial assistance prevalent?   ☐ Yes   ☒ No      ☐ Declining   ☒ Stable   ☐ Increasing

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).      There is no measurable factor available to discern seller contributions either increasing or decreasing in the past twelve months without studying every sale in the market.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes   ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
There have been no foreclosed or court approved sale  in the $200,000 to  $300,000  range in homes in the Hampshire school district of Carpentersville in the past 12 months.

Cite data sources for above information.      Northern Illinois Multiple Listing Service provides a Market Conditions Report;

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The data above shows a trend of overall stabilization in the past twelve months in the $200,000 to $300,000 range in the Hampshire schools district in Carpentersville when comparing first and second halves. Median sale price  appears to have increased, however it is only a 3 month data based on limited data.  . Overall data for the Carpentersville/Hampshire area cate a current stable market for the subject.

**If the subject is a unit in a condominium or cooperative project , complete the following:**      Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes   ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.      Not Applicable

Summarize the above trends and address the impact on the subject unit and project.      Not Applicable

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name  Elyce M Meador | | Supervisory Appraiser Name | |
| Company Name    Meador & Associates, LLC | | Company Name | |
| Company Address    4407 Fox Creek Drive, Crystal Lake, IL 60012 | | Company Address | |
| State License/Certification #   556.003080   State   IL | | State License/Certification #   State | |
| Email Address   elycem@meadorassociates.com | | Email Address | |

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Subject Photo Page

| Borrower/Client | Frank Lapi | | | | |
|---|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | | |
| City | Carpentersville | County Kane | | State IL | Zip Code 60110 |
| Client | Urban Lending Solutions | | | | |



**Subject Front**

2328 Woodside Dr
Sales Price
G.L.A.          2,153
Tot. Rooms      8
Tot. Bedrms.    4
Tot. Bathrms.   2.1
Location        N;Res;
View            B;Woods;
Site            7841 sf
Quality         Q4
Age             17



**Subject Rear**



**Subject Street**

Comparable Photo Page

| Borrower/Client | Frank Lapi | | | | |
|---|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | | |
| City | Carpentersville | County | Kane | State | IL | Zip Code | 60110 |
| Client | Urban Lending Solutions | | | | |



**Comparable 1**

2409 Woodside Dr
| Prox. to Subj. | 0.38 miles NW |
|---|---|
| Sales Price | 235,000 |
| G.L.A. | 2,006 |
| Tot. Rooms | 7 |
| Tot. Bedrms. | 3 |
| Tot. Bathrms. | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 11326 sf |
| Quality | Q4 |
| Age | 8 |



**Comparable 2**

2438 Woodside Dr
| Prox. to Subj. | 0.34 miles W |
|---|---|
| Sales Price | 256,000 |
| G.L.A. | 2,470 |
| Tot. Rooms | 9 |
| Tot. Bedrms. | 4 |
| Tot. Bathrms. | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10890 sf |
| Quality | Q4 |
| Age | 7 |



**Comparable 3**

2428 Meadowsedge Ln
| Prox. to Subj. | 0.08 miles S |
|---|---|
| Sales Price | 223,000 |
| G.L.A. | 1,812 |
| Tot. Rooms | 9 |
| Tot. Bedrms. | 3 |
| Tot. Bathrms. | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9148 sf |
| Quality | Q4 |
| Age | 18 |

| Borrower/Client | Frank Lapi | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | | | |
| City | Carpentersville | County | Kane | State | IL | Zip Code | 60110 |
| Client | Urban Lending Solutions | | | | | |



### Comparable 4

| | |
|---|---|
| 3112 Erika Ln | |
| Prox. to Subj. | 0.46 miles N |
| Sales Price | 238,000 |
| G.L.A. | 1,972 |
| Tot. Rooms | 7 |
| Tot. Bedrms. | 3 |
| Tot. Bathrms. | 2.1 |
| Location | N;Res; |
| View | B;Woods; |
| Site | 9583 sf |
| Quality | Q4 |
| Age | 8 |



### Comparable 5

| | |
|---|---|
| 2805 Forestview Dr | |
| Prox. to Subj. | 0.27 miles W |
| Sales Price | 235,000 |
| G.L.A. | 1,781 |
| Tot. Rooms | 9 |
| Tot. Bedrms. | 4 |
| Tot. Bathrms. | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8400 sf |
| Quality | Q4 |
| Age | 17 |



### Comparable 6

| | |
|---|---|
| 1914 Prairie Path Ln | |
| Prox. to Subj. | 0.25 miles SW |
| Sales Price | 210,000 |
| G.L.A. | 2,217 |
| Tot. Rooms | 9 |
| Tot. Bedrms. | 4 |
| Tot. Bathrms. | 2.1 |
| Location | N;Res; |
| View | B;Woods; |
| Site | 7405 sf |
| Quality | Q4 |
| Age | 18 |

| Borrower/Client | Frank Lapi | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | | | |
| City | Carpentersville | County | Kane | State | IL | Zip Code  60110 |
| Client | Urban Lending Solutions | | | | | |

**• URAR : Subject - Overall Condition of the Property**
The subject is in overall average condition.  The owner pointed out many issues with the home. The appraiser is not a home inspector and cannot be clear if all issues exist or are actual problems with the home.  Some items were viewable.  All window throughout the home have rust  at the glass and several have broken seals between glass.  The subject was originally of average quality construction and these windows were basic to this construction in this neighborhood.   There was evidence of damage in the drywall below both of the upstairs bathrooms as well as in the ceiling of the second floor ( see photos). However a visual inspection of the roof did not show any leaks. The owner did indicate that the roof had been repaired from a leak and the roof appeared, from an exterior view to be in average condition.  Again the appraiser is not a home inspector or roof inspector and did not climb on the roof to inspect.  The owner indicated that the dishwasher was plumbed incorrectly and does not work.  The owner also indicated that the upstairs bathrooms cannot be used for more than liquids as they will both clog.  The appraiser was unable to confirm this in any way.  There is a small crack in the foundation wall but there does not appear to be any leaking. There is also water damage in the basement ceiling which appears to have come from where the deck is secured to the home, however, the appraiser is not a home inspector and it is not clear if this is true - it may also be from the kitchen.

**• URAR : Sales Comparison Analysis - Summary of Sales Comparison Approach**
All sales are within one mile of the subject.  Sales #1,2 & 4 exceed the 30% age recommendation. All sales are used due to their close proximity to the subject. The subject neighborhood while having a Carpentersville address attends schools in Hampshire to the West which has a different appeal from the balance of Carpentersville. Therefore this is an over riding factor in comparable selection.  Due to this the appraiser was unable to "bracket" the  lot size, basement finish, three car garage of the subject.  However listing #6 does bracket all of these.  The condition of the subject was not bracketed with a sale due to lack of one in the past 12 months with similar condition to the subject.     Expanding parameters merely to "bracket" such feature would add no meaningful data to this report and may in fact skew the grid unnecessarily.

All adjustments are predicated on the appraiser's 15 years experience in this market as well as market data analysis.

Upgrade flooring and counters are not included in the quality of construction adjustment as they are found in many qualities of construction and market data analysis indicates that typical buyers are willing to pay additional for these items.

No adjustment is applied for basement square footage of 150S.F. or less.

Concession adjustments are dollar for dollar based on market research which indicates this markets' reactions to such concessions.

The recent FEMA declared disaster has not adversely affected the subject property or its marketability.

No adjustment is applied for 3 versus 4 bedrooms as market data does not support an adjustment.

The GLA is adjusted at $25/S.F. and the basement at $7/S.F. to reflect the basic structure.  Basement finish is adjusted at $8/S.F. plus $1500 for English style, $3000 for walkout and $1500 for full bath.

Sale #1 is adjusted downward for points paid at closing.  It has a larger lot for downward appeal adjustment and inferior view for upward adjustment. .  It is adjusted downward for the subjects need of new carpet, drywall repairs, lack of working dishwasher and overall need for paint and possible water repairs plus the sales new carpet and paint..  It has one less garage space, no additional patio or all hardwood on first floor for upward adjustment.

Sale #2 has the same applicable comments.  Condition adjustment is the same as Sale #1.  It has a fenced yard for downward adjustment. It has no fireplace for upward adjustment.

Sale #3 has the same applicable comments.  Condition adjustment is less due to same age windows as the subject.

Sale #4 has the same applicable comments. Additional condition adjustment reflects its new kitchen.

Comparables #5 & #6 are listings and have the same appliable comments. They are adjusted downward at 3% to reflect the sales to list ratio in the market.

**• URAR : Reconciliation - Reconciliation and Final Value Conclusion**
The gross and net adjustments are  within the FNMA guidelines of 25% and 15% respectively. The Cost Approach is not developed or deemed credible.   The estimated market value opinion as of 12/12/14 is $236,000. Emphasis is placed on Sales #1 & #2 for GLA. and date of sale. Sale #3 & #4 are give equal second weight.  The condition of the subject is given weight in overall value conclusion.  Value is  above predominant value but does not affect marketability. The subject is not an over improvement in the market.   **This report is subject to a home inspection to support no livability , soundness or structural integrity issues. This report has taken into consideration the condition of the subject to include need for drywall repairs/paint, need for plumbing inspection/repairs , need for cleaned or new carpet.**

Lender has requested a 90 day value:  This market is currently showing less than 90 days per 1004MC. However, there is new construction to compete with the subject which is influencing this data.   However, overall data for this market indiates a market time of less than 90 days. Therefore 90 day value is the same $236,000.

| Borrower/Client | Frank Lapi | | | | |
|---|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | | |
| City | Carpentersville | County | Kane | State | IL   Zip Code   60110 |
| Client | Urban Lending Solutions | | | | |



**Other Street**



**BAsement Bath**



**Basement Kitchenette**



**Basement Bedroom**




**Crack in Wall**



**Water Damage in Basement Ceiling**

| Borrower/Client | Frank Lapi | | | | |
|---|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | | |
| City | Carpentersville | County Kane | | State IL | Zip Code 60110 |
| Client | Urban Lending Solutions | | | | |



**BAsement Rec Room**



**Basement Rec Room**



**Master Window**



**Master Bath**



**Rust Along Window Edge**



**Master Bedroom**

| Borrower/Client | Frank Lapi | | | | |
|---|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | | |
| City | Carpentersville | County Kane | | State IL | Zip Code 60110 |
| Client | Urban Lending Solutions | | | | |



**Bedroom**



**Attic**



**Bedroom**



**Water Damage – 2nd Floor Ceiling**



**Bedroom**



**Rust along Window**

| Borrower/Client | Frank Lapi | | | | |
| Property Address | 2328 Woodside Dr | | | | |
| City | Carpentersville | County | Kane | State | IL | Zip Code | 60110 |
| Client | Urban Lending Solutions | | | | |



**Hall Bath**



**Living/Dining**



**Half Bath**



**Laundry**



**Wear & Tear in Laundry**



**Family**

Interior Photos

| Borrower/Client | Frank Lapi | | | |
|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | |
| City | Carpentersville | County  Kane | State  IL | Zip Code  60110 |
| Client | Urban Lending Solutions | | | |



**Water Damage along slider?**



**Kitchen**




**Ceiling needs painting**



**Water Damage in 1st Floor Ceiling**

**Building Sketch**

| Borrower/Client | Frank Lapi | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | | | |
| City | Carpentersville | County | Kane | State | IL | Zip Code 60110 |
| Client | Urban Lending Solutions | | | | | |



Dining  Kitchen  Nook

Family

First Floor Staircase
[1084.4 Sq ft]

Living

Foyer  Bath (half)  Laundry

21.2'  2.3'  21.4'
24.3'
21.4'  21.2'  32'
26.6'

3 Car Attached

[657.8 Sq ft]

20.9'  19.6'
21'  11'

TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 1084.4 Sq ft | 24.3 × 42.6 = 1035.2 |
| | | 2.3 × 21.4 = 49.2 |
| **Total Living Area (Rounded):** | **1084 Sq ft** | |
| Non-living Area | | |
| 3 Car Attached | 657.8 Sq ft | 20.9 × 21 = 438.9 |
| | | 11 × 19.9 = 218.9 |

Building Sketch

| Borrower/Client | Frank Lapi | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | | | |
| City | Carpentersville | County | Kane | State | IL | Zip Code 60110 |
| Client | Urban Lending Solutions | | | | | |



| Area Calculations Summary | | |
|---|---|---|
| **Living Area** | | **Calculation Details** |
| Second Floor | 1068.2 Sq ft | 20.3 × 10.5     = 213.2 |
| | | 32 × 4.4        = 140.8 |
| | | 32.1 × 22.2     = 712.6 |
| | | 0.5 × 32.1 × 0.1 =   1.6 |
| **Total Living Area (Rounded):** | **1068 Sq ft** | |

TOTAL Sketch by a la mode, inc.

| Borrower/Client | Frank Lapi | | | | |
|---|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | | |
| City | Carpentersville | County Kane | | State IL | Zip Code 60110 |
| Client | Urban Lending Solutions | | | | |



Location Map

| Borrower/Client | Frank Lapi | | | | |
|---|---|---|---|---|---|
| Property Address | 2328 Woodside Dr | | | | |
| City | Carpentersville | County | Kane | State | IL | Zip Code | 60110 |
| Client | Urban Lending Solutions | | | | |





| Borrower/Client | Frank Lapi | | | File No. 14-426-Lapi |
| Property Address | 2328 Woodside Dr | | | |
| City | Carpentersville | County Kane | State IL | Zip Code 60110 |
| Client | Urban Lending Solutions | | | |

## APPRAISAL AND REPORT IDENTIFICATION

**This Report is one of the following types:**

☒ **Appraisal Report** (A written report prepared under Standards Rule 2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ **Restricted Appraisal Report** (A written report prepared under Standards Rule 2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Comments on Appraisal and Report Identification
**Note any USPAP related issues requiring disclosure and any State mandated requirements:**
Clarification of Intended Use and Intended User:

The Intended Users of this appraisal report are Urban Lending Solutions & BMO Harris Bank N.A. . The intended Use is to evaluate the property that is the subject of this appraisal for mortgage financing,subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Urban Lending Solutions is being named the client of this appraisal report. BMO Harris Bank N.A. is named "additional intended user" in the "intended user" comments on page 3 of this appraisal report. This is a requirement pursuant to Illinois Law 1455.250.

The compensation for this appraisal assignment is $300.00

I have not performed services, as an appraiser or in any other capacity,for the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

A reasonable exposure time for the subject property at the opinion of value indicated is estimated to be the same as the marketing time reported in the neighborhood section on page one of this report

.This appraisal was ordered in compliance with AIR and Mortgage Letter 2009-28 and prepared in accordance with FIRREA Title XI

The Illinois AMC Registration # is 558.000001 and it expires on 12/31/2016.

**APPRAISER:**

Signature: *Elyce M Meador*
Name: Elyce M Meador
Meador & Associates, LLC
State Certification #: 556.003080
or State License #:
State: IL   Expiration Date of Certification or License: 09/30/2015
Date of Signature and Report: 12/15/2014
Effective Date of Appraisal: 12/12/2014
Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only
Date of Inspection (if applicable): 12/12/2014

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature:
Name:
State Certification #:
or State License #:
State:   Expiration Date of Certification or License:
Date of Signature:
Inspection of Subject: ☐ None ☐ Interior and Exterior ☐ Exterior-Only
Date of Inspection (if applicable):