UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-38695 |
| Frank and Roann Lapi | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER DETERMINING THE VALUE OF DEBTORS' PROPERTY**

THIS CAUSE coming on to be heard on the hearing on the Debtors' Motion to Determine Value, due notice having been given, and the Court having jurisdiction and being fully advised in the premises:

IT IS SO ORDERED:

For the reasons stated on the record, the court finds that the fair market value of the Debtors' property commonly known as 2328 Woodside Drive, Carpentersville, IL 60110 is $236,000.00.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: March 10, 2015

**Prepared by:**

Adham Alaily
aalaily@ehrenbergeganlaw.com
Ehrenberg & Egan, LLC
321 N. Clark Street, Suite 1430
Chicago, IL 60654
(312) 253-8640